UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-62151-Civ-COOKE/WHITE
(12-60202-Cr-COOKE)

SCHILLER SANON,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT RE §2255
AND DENYING CERTIFICATE OF APPEALABILITY**

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(1)(B), Rules 8 and 10 of the Rules Governing Section 2255 Cases in the United States District Courts, and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 3). On July 7, 2014, Judge White issued a Report Re § 2255 with Pending Appeal (ECF No. 5) recommending that Schiller Sanon's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1) be dismissed, for lack of jurisdiction, and without prejudice as to any issue not cognizable on appeal.

Movant Schiller Sanon did not file objections to the Report Re § 2255 with Pending Appeal, and the time to do so has passed. I have considered Judge White's Report Re § 2255 with Pending Appeal, and have made a *de novo* review of the record. I find Judge White's Report Re § 2255 with Pending Appeal clear, cogent, and compelling.

It is **ORDERED and ADJUDGED** that Judge White's Report Re § 2255 with Pending Appeal is **AFFIRMED and ADOPTED** as the Order of this Court. Accordingly, the Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1) is **DISMISSED** for lack of jurisdiction. The Clerk is directed to **CLOSE** this case.

It is **FURTHER ORDERED and ADJUDGED** that Petitioner has not demonstrated that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve

encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability). Moreover, "[w]here a plain procedural bar is present and the district court is correct to invoke it to dispose of the case, a reasonable jurist could not conclude either that the district court erred in dismissing the petition or that the petitioner should be allowed to proceed further." *Jimenez v. Florida Dept. of Corr.*, 481 F.3d 1337, 1341 (11th Cir. 2007) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). Accordingly, this Court **DENIES** a Certificate of Appealability in this case.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 28TH day of August 2014.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Schiller Sanon*, pro se
*Counsel of record*